# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ELAINE CARLISLE, individually, and on behalf of all similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> CITIMORTGAGE, INC., STEWART TITLE GUARANTY CO., and KNAPP AND ASSOCIATES, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C/A No. 1:11-cv-01486-TWT |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Elaine Carlisle hereby dismisses this action with prejudice. Defendants CitiMortgage, Inc., Stewart Title Guaranty Company, and Knapp and Associates, LLC consent to this dismissal with prejudice through undersigned counsel.

Dated this 12 day of October, 2011.

1

| | |
|---|---|
| */s/ Blair Chintella* | */s/ Christopher J. Willis* |
| Blair Chintella, GA Bar 510109 | *(with express permission)* |
| | Christopher J. Willis, GA Bar 766297 |
| *Counsel for Plaintiff Elaine Carlisle* | Stefanie H. Jackman, GA Bar 335652 |
| | |
| CHINTELLA LAW | *Counsel for Defendants CitiMortgage, Inc.* |
| 1600 Alexandria Court | |
| Marietta, Georgia 30067 | |
| bchintel1@gmail.com | BALLARD SPAHR LLP |
| Telephone: (404) 579-9668 | 999 Peachtree Street, N.E., Suite 1000 |
| | Atlanta, Georgia  30309 |
| | Telephone:  (678) 420-9300 |
| | Facsimile:   (678) 420-9301 |
| | willisc@ballardspahr.com |
| | jackmans@ballardspahr.com |
| | |
| */s/ Timothy A. Bumann* | */s/ Elizabeth G. Howard* |
| *(with express permission)* | *(with express permission)* |
| Timothy A. Bumann | W. Bruce Barrickman |
| Georgia Bar No. 094535 | Georgia Bar No. 039814 |
| Kelley Gray | Elizabeth G. Howard |
| Georgia Bar No. 214908 | Georgia Bar No. 100118 |
| | |
| *Counsel for Defendant Stewart Title Guaranty Company* | *Counsel for Defendant Knapp & Associates, LLC* |
| | |
| SMITH, GAMBRELL & RUSSELL, LLP | BARRICKMAN, ALLRED & YOUNG, LLC |
| Promenade II, Suite 3100 | 5775 Glenridge Drive, N.E. |
| 1230 Peachtree Street, N.E. | Atlanta, Georgia 30328 |
| Atlanta, Georgia 30309 | Telephone:  (404) 252-2239 |
| Telephone: (404) 815-3500 | Facsimile:   (404) 252-3376 |
| Facsimile:   (404) 815-3509 | wbb@bayatl.com |
| tbumann@sgrlaw.com | egh@bayatl.com |
| kgray@sgrlaw.com | |